the rule is well settled, except in this department, that where such is the case a motion to amend should be denied.

JOY, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Louis H. Joy against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

PARKER, P. J., and HOUGHTON, J., dissent.

KAPELLA, Respondent, v. NICHOLS CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Kate Kapella, as administratrix, etc., against the Nichols Chemical Company. No opinion. Motion denied.

KENNEALY, Respondent, v. WESTCHESTER ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by John Kennealy against the Westchester Electric Railway Company. No opinion. Motion denied.

JULIUS KESSLER & CO., Respondents, v. PURTELL, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Julius Kessler & Co. against James E. Purtell. No opinion. Judgment affirmed, with costs.

KEELER, Appellant, v. HERKIMER et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Peter Keeler against Gilman M. Herkimer and William Phelps. No opinion. Judgment and order unanimously affirmed, with costs.

KENT v. ETNA INS. CO. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Robert D. Kent against the Etna Insurance Company. No opinion. Motion denied.

KURZ, Respondent, v. DOERR, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by George Kurz against Anton Doerr. No opinion. Motion for leave to appeal to the Court of Appeals granted; form of question to be certified to be settled before HIRSCHBERG, J.

KURZ, Appellant, v. HESS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by George M. Kurz against Leonhard Hess, Sr., and Bernhard Faber. No opinion. Motion granted.

LAHEY v. TRADERS' PAPER CO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by John Lahey against the Traders' Paper Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

LANCASTER, Respondent, v. SPOTSWOOD, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Thomas Lancaster against Thomas E. Spotswood. H. C. Lakin, for appellant. C. F. Wells, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 83 N. Y. Supp. 572.

LANG v. LUTZ et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Margaret Lang against John Lutz and others. No opinion. Motion for leave to appeal to the Court of Appeals granted; the form of the order and questions to be certified to that court to be settled by and before ADAMS, P. J., upon two days' notice.

LA POINT, Appellant, v. HOWLAND PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 15, 1903.) Action by Caroline La Point, as administratrix, etc., of Peter La Point, deceased, against the Howland Paper Company. No opinion. Motion denied.

LAROCQUE, Appellant, v. GAYS, Respondent. (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Action by Henry Larocque against Henry W. Gays, as receiver, etc. No opinion. Judgment affirmed, with costs.

In re LAWLOR. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) In the matter of the last will and testament of Anna Eliza (McCreedon) Lawlor, deceased. No opinion. Motion granted, so that the final order shall read, "and new hearing ordered."

LAWRENCE, Appellant, v. WILSON, Respondent. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by James V. Lawrence against William C. G. Wilson. No opinion. Order resettled by requiring the payment of the costs, as a condition of the new trial, to be within 20 days after the order of resettlement.

LENNAN, Respondent, v. HAMBURG AMERICAN S. S. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Mary W. Lennan, as executrix, against the Hamburg American Steamship Company. E. P. Wheeler, for appellant. J. C. Palmer, for respondent. No opinion. Judgment and orders affirmed, with costs.

LEVETT v. POLHEMUS et al. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Priscilla Levett

against Horace G. Polhemus, individually and as executor, etc., and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, J., not voting.

LEVY, Respondent, v. SCHREYER, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Ephraim B. Levy against John Schreyer. A. Thain, for appellant. J. Washburn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LEWIS v. POLLOCK (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Frederick W. Lewis against William L. Pollock. No opinion. Order affirmed, with $10 costs and disbursements.

LEWIS et al., Respondents, v. RABINOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Isaac Lewis and Julius Bashlow against Meyer Rabinowitz. No opinion. Judgment of the Municipal Court affirmed, with costs.

LODER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division. Second Department. July 24, 1903.) Action by Victorine A. Loder against the Metropolitan Street Railway Company. No opinion. Motion to vacate stay of proceedings denied.

LODER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by Victorine A. Loder against the Metropolitan Street Railway Company. No opinion. Motion denied.

LONG ISLAND BOTTLERS' UNION, Appellant, v. SEITZ, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by the Long Island Bottlers' Union against Michael Seitz. No opinion. Judgment and order affirmed, with costs.

LUYSTER, Respondent, v. JOSEPH, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Cornelius W. Luyster against Frederick Joseph. A. A. Cook, for appellant. W. S. Newham, for respondent.

PER CURIAM. Judgment affirmed, with costs.

VAN BRUNT, P. J., dissents.

McCARTHY, Appellant, v. HUGGLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Mary A. McCarthy against Mary Huggler.

PER CURIAM. Judgment reversed and new trial ordered, with costs to the appellant to abide event. Held, that the complaint states a cause of action against the defendant for enticing away the plaintiff's husband and enticing him to permanently desert her, but whether or not the evidence was sufficient to establish such alleged cause of action was a question of fact for the jury, and that the alleged cause of action was not barred by the statute of limitations.

McCLELLAN, Respondent, v. DALZELL et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Joseph H. McClellan against Robert S. Dalzell and Thomas Burke. No opinion. Judgment unanimously affirmed, with costs.

McCOLLUM, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Alexander J. McCollum against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

McDONALD, Appellant, v. NAUGHTON et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Bernard McDonald against Bernard Naughton and others. J. H. Banton, for appellant. B. S. Weeks, for respondents. No opinion. Judgment affirmed, with costs.

MANDREY, Appellant, v. OGDEN et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by William W. Mandrey against Willis L. Ogden and others. J. J. Myers, for appellant. T. Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

MANNESCHMIDT, Respondent, v. McAVOY, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Jacob Manneschmidt, Jr., against Richard McAvoy. No opinion. Judgment of the Municipal Court affirmed, with costs.

MARSTON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by James R. Marston against the city of New York. No opinion. Judgment affirmed, with costs.

MAXWELL et al., Respondents, v. JOHN SINGLE PAPER CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Augustus E. Maxwell and another against the John Single Paper Company, Limited. No opinion. Judgment and order affirmed, with costs.

MAYER, Appellant, v. WASSERMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Michael Mayer against Conrad Wassermann and Katherine Wasserman. No opinion. Interlocutory judgment affirmed, with costs.